# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

_____ FILED   _____ LODGED
_____ RECEIVED   _____ COPY

FEB 2 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

_____ Division

MICHELLE LEE VALENTINE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

UNITED HEALTHCARE

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.   CV-23--08025-PCT-SPL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MICHELLE LEE VALENTINE |
| Address | P.O. BOX 393 |
| | WILLIAMS, AZ 86046 |
| | *City  State  Zip Code* |
| County | COCONINO |
| Telephone Number | 520-420-5169 |
| E-Mail Address | valentinemichelle36@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED HEALTHCARE |
| Job or Title *(if known)* | |
| Address | 1 E WASHINGTON STREET |
| | PHOENIX, AZ 85016 |
| | *City  State  Zip Code* |
| County | MARICOPA |
| Telephone Number | 800-561-0861 |
| E-Mail Address *(if known)* | UNKNOWN |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City  State  Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

        *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

        ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

        *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

        ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   CRD-2022-0198, EEOC NO.: 35A-2022-00211

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
CLAIM#1- PLAINTIFF WORKS FROM HOME AS A COMMUNITY HEALTHCARE WORKER FOR DEFENDENT UNITED HEALTHCARE STARTING 11/04/2015 TO 01/07/2022.
CLAIM OCCURED IN MARANA, AZ
Claim#2 - November 2015, Plaintiff was told if hired she had to move to Lake Havasu City because not enough work for her to do in Golden Valley, Az
see CLAIM #3 on additional note paper

B. What date and approximate time did the events giving rise to your claim(s) occur?
CLAIM#1- Claim occured Marana, AZ. November 01, 2021 to January 7th 2022. 2400 Hours Plaintiff was wrongfully terminated, with no option for Occomadations.
CLAIM #2 Claimed occured in November 2015 in Golden Valley, AZ
CLAIM #3 Claimed occured in August 2018 in Golden Valley, AZ
CLAIM #4 Claim occured from January 2021 to November 2021 in Marana, AZ

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
CLAIM #1- Plaintiff was working from home, and received email October 2021 pretaining to employees must be covid-19 vaccinated or facing termination. Plaintiff submitted religious exemption in Oct 2021, per supervisor recommendation but was warned that none were being approved. End of Oct 2021, Plaintiff received email stating denial of religious exemption and that Nov.30th 2021 was last paid work day. That for the month of December Plaintiff would be put on a unpaid administrative leave for the month of December then Plaintiff received letter in-mail January 7th 2022 stating her termination. Plaintiff being her primary sole income earner (single female) was struct hard by this, not being able to collect unemployment for month of December due to still showing as employed.
Plaintiff worked from home, had offered to be tested once a week for Covid
CLAIM #2- Plaintiff resided in same home for 19 years. "Gemma" the Lead Manager over state of Arizona was primary sayor of Plaintiff employment and relocation. Plaintiff kept Gemma informed through email of every step of Plaintiffs search for a place to rent in Lake Havasu City, Az to the difficulties in finding a affordable home..........    see additional note paper, continued

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

To be told by the State lead Gemma to move and then change her mind the very last minute caused more than Plaintiff anguish with several people involved.
Plaintiff had to sell and relocate her chickens and goats, to find boarding for her two horses.
Plaintiff suffered from Depression, emotional, financial, medical hardships.

Plaintiff had to receive counseling for severe depression and severe trauma through United Healthcare insurance. Plaintiff had received counseling and a life coach both once a week for several weeks. This had occured in months of May 2021 through Aug 2021. Both Counselor and Life coach diagnosed with same diagnoses of severe depression and severe trauma..

** note plaintiff could be off on exact dates ** but correct year.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff asking for Limit on Compensatory and Punitive Damages for employment with 500 or more employees. plus interest, plus back pay, plus front pay and Arizona Religious Discrimination.

For pain, suffering, loss of homes, loss of income, emotional stress, loss of medical insurance.

Being terminated while working from home as a Community Healthcare worker fulltime since start of employment.

Offering to be tested weekly and was denied, was denied to be compensated to keep employment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/21/2023

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Michelle Lee Valentine

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

CLAIM #2 ...continued...  Plaintiff had no other choice but to rent a RV site, which was also very difficult because of snow birds taking up all the rental sites. But was able to find one for rest of  2021 & 2022.
Plaintiff paid rent for site of $750 for first month, and sold all her furniture and belongings and had rented her home out. The new renters had paid first month and deposits, and had moved first truck load of their belongings into home.
Plaintiff co-worker Mary Iozzo who had given Plaintiff the referral for this employment. Mary had been employed with United Healthcare 6 months longer than the PLaintiff. Mary husband John Iozzo had surprised everyone and had gone out to buy a fifth wheel for plaintiff to live in in the RV Park. Mary or I Plaintiff had no idea he was going to do this, and was very grateful.
Plaintiff had informed "Gemma" of the latest on the move and what Mary Iozzo husnabd had done. Same day Mary Iozzo and myself Plaintiff received an email that Gemma was coming to Kingman to meet with us both to have lunch.
The next day Mary and myself met with Gemma for lunch. During lunch "Gemma" had told Plaintiff and Mary that she did not want Plaintiff to move, but to stay right where she is living. That she ran numbers again and decided not enough work for Plaintiff in Lake Havasu City. Plaintiff feeling frantic because she had rented her home and sold all her furniture now being told to not move.
Plaintiff had to return depostits and first months rent to renters and lost the $750 forst months rent to the RV Site, was never compensated. And my co-worker Mary Iozzo was stuck with a fifth wheel they did not need or want.
CLAIM #3 Took place in Sept and Oct 2018 in Golden Valley, Arizona
CLAIM #3  August 2018 Plaintiff again was told that if she wanted to keep her employment with United Healthcare that she would have to move to West end of Phoenix. United Helathcare ended their contract with northern Arizona and Mohave County.
Plaintiff co-worker Mary Iozzo was told that she could stay and not have to move or relocate and keep her employment with United Healthcare.
WE BOTH LIVED IN SAME TOWN OF GOLDEN VALLE, AZ.
Later after Plaintiff had made a very stressful move, having to rehome all her chickens and goats. Plaintiff had two horses, and three dogs to relocate and find affordable boarding until Plaintiff could find a home affordable to live in, being on her own and sole income provider was not easy and very stressful.
Later Mary Iozzo stated to Plaintiff in conversation that manager Natalie had shared with her that it was a good thing Michelle Plaintiff moved because she would have lost her job.
CLAIM #4 Took place in January 2021 to November 2021 in Marana, Az
ClAIM #4.. In January 2021 Plaintiff started to have head pains that just appeared out of no where, and continued for approx 4 months and then just stopped. Plaintiff had gone to the ER two times in those four months for these head pains and during that time a Meningioma Tumor was found in Plaintiff base of brain. Plaintiff was referred to Neuro-surgeon and then MRI's for brain scans. Plaintiff was instructewd by her Manager Natalie to take FMLA leave, Plaintiff informed her manager that she had never gone on FMLA before and felt that she didn't need to because Plaintiff was just having MRI appts and was not missing that many days, was using floating time. Natalie now instructed Plaintiff that this would save her from losing her employment by going on FMLA.
Plaintiff did what her Manager instructed her to do, then after a few months Plaintiff was back to work.
Plaintiff again had to have MRI, 6 months from last MRI and again was told to go on FMLA leave from her new manager ODI.. same senario was instructed in order to save my job to take FMLA leave..
Plaintiff believes that this is reason why she was terminated and not given Occommodations to keep employment. Was told by Manager Natalie that after termination Plaintiff would be able to rehire with positions that were remote, work from home positions, but feels she was black balled and never to be rehired.

EXHIBIT A

Sapoena Mary Iozzo, witness to Plaintiffs claims
Sapoena John Iozzo witness to Plaintiffs claims
Sapoena Gordon W. Christopher, witness to Plaintiffs claims
Sapoena "Gemma" Manager with United Healthcare to testify claim to be truthful
Sapoena Natalie Bonguildi Manager with United Healthcare to testify claims to be truthful



## OFFICE OF THE ARIZONA ATTORNEY GENERAL
### CIVIL LITIGATION DIVISION
### DIVISION OF CIVIL RIGHTS SECTION

**MARK BRNOVICH**
**ATTORNEY GENERAL**

**REBEKAH BROWDER**
**CHIEF COUNSEL**

## NOTICE OF RIGHT TO SUE
November 22, 2022

**SENT VIA U.S. MAIL**
Michelle Valentine
PO BOX 393
Williams, Arizona 86046
Valentinemichelle36@gmail.com

Re:   Michelle Valentine vs. United Healthcare of Arizona
      CRD No.: CRD-2022-0198, EEOC No.: 35A-2022-00211
      **DIVISION FILING DATE: March 04, 2022**

On March 04, 2022 you filed a Charge of Discrimination ("Charge") with the Division of Civil Rights Section ("Division") alleging employment discrimination. You have a right to file a lawsuit against Respondent(s) under the Arizona Civil Right Act ("ACRA") based on this Charge. This Notice is being sent to you because the Division is still investigating your Charge of Discrimination, but there are approximately 90 days left before the expiration of the one-year deadline for you to file an ACRA action in court.

> **Arizona law requires that you file your lawsuit against Respondent(s) in court <u>no later</u> than one year after the date on which you filed your charge with the Division. If you miss this deadline, you may lose your right to sue Respondent(s) based on your Charge.**

In issuing this Notice, <u>the Division is not expressing an opinion on the merits of your allegations or the likely outcome of any lawsuit</u>. If you are interested in filing a lawsuit against Respondent(s), deadlines are critical. You should consider immediately contacting a lawyer or law firm for assistance.

If you have any questions concerning this Notice, please contact the Division at (602) 542-5263, 1-877-491-5740 (toll free), TDD (520) 628-6872, or TDD (877) 881-7552 (toll free).

Sincerely,

Stephen Scott, Compliance Manager